

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00770-CR

Mario Anthony **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2037
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 11, 2019.

_____
Patricia O. Alvarez, Justice